

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHERAL A. FLUGENCE and | * | CASE NO. |
| KEITH RODRIGUEZ, TRUSTEE OF THE | * | |
| CHAPTER 13 BANKRUPTCY ESTATE OF | * | |
| SHERAL A. FLUGENCE | * | SECTION " " |
| | * | |
| VERSUS | * | |
| | * | |
| GREAT WEST CASUALTY COMPANY, | * | JUDGE |
| A & R TRANSPORT, INC., | * | |
| KENT SERRET and | * | |
| AXIS SPECIALTY INSURANCE COMPANY | * | MAGISTRATE |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

TO: The Honorable Judges
of the United States Bankruptcy Court
for the Western District of Louisiana

Defendants, Great West Casualty Company, A & R Transport, Inc., Kent Serret, and AXIS Specialty Insurance Company, respectfully submit this Notice of Removal of the above-styled matter, and as cause therefore shows as follows:

1.

On February 4, 2011, the attached Motion for Leave to File Second Supplemental and Amending Petition for Damages was filed in the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, amending the pending action entitled *Sheral Flugence versus Great West Casualty Company, A&R Transport, Inc. and Kent Serret*, bearing case number C-

20081444 "D"[1] On February 7, 2011, the Motion for Leave was granted by the court.[2] All defendants were served with the Second Supplemental and Amending Petition for Damages through undersigned counsel.[3]

2.

Prior to the filing of the Second Supplemental and Amending Petition for Damages, the state court action was consolidated with two other actions arising out of the same motor vehicle accident, *Warner R. Colbert versus Great West Casualty Company, A&R Transport, Inc. and Kent Serret*, bearing case number 20081445 "D", and *Mary E. Flugence versus Great West Casualty Company, A&R Transport, Inc. and Kent Serret*, bearing case number 20081446 "D". The Second Supplemental and Amending Petition for Damages is related only to claims asserted by or on behalf of plaintiff Sheral Flugence, which are the only claims Defendants are removing to this Court.

3.

In Plaintiffs' Second Supplemental and Amending Petition for Damages, the bankruptcy trustee of Sheral Flugence was added as a plaintiff for the first time in the state court proceedings.[4] Plaintiffs' Second Supplemental and Amending Petition for Damages asserts that the bankruptcy trustee is a real party in interest in the state court action.

---

1 See Exhibit 1, Motion for Leave, Signed Order, Second Supplemental and Amending Petition.
2 See Exhibit 1.
3 See Exhibit 2, Citation issued by Clerk of Court February 10, 2011
4 The Chapter 13 proceeding In Re: Cheryl Ann Flugence is pending in the United States Bankruptcy Court, Western District of Louisiana, Docket No. 04-52152.

4.

The non-core claims asserted in this action by and on behalf of Sheral Flugence can be removed to this Court under 28 U.S.C. § 1452(a) because the addition of Sheral Flugence's bankruptcy trustee as a party in interest makes this action one which is related to her bankruptcy proceeding, and so is an action over which the United States District Courts have been given original jurisdiction under 28 U.S.C. § 1334(a).

5.

Defendants have satisfied the procedural requirements for removal of this action:

i. This Notice of Removal is being filed with thirty (30) days after first receipt by any defendant of an amended pleading from which it may first be ascertained that the case has become removable, and is therefore timely under 28 U.S.C. § 1446(b).

ii. Jurisdiction is founded in the relation to a bankruptcy proceeding, and removal is therefore proper under 28 U.S.C. § 1452(a).

iii. The 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, is located within the Western District of Louisiana pursuant to 28 U.S.C. § 98(a). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

iv. Pursuant to 28 U.S.C. § 1446(a), a copy of the Second Supplemental and Amending Petition for Damages is attached hereto as Exhibit 1. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served

upon counsel for Plaintiffs, and a copy is being filed with the Clerk of Court for the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana.

**WHEREFORE**, removing defendants, Great West Casualty Company, A&R Transport, Inc., Kent Serret, and AXIS Specialty Insurance Company, pray that the above action now pending in the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, be removed therefrom to this Court.

Respectfully Submitted,

_____
MICHAEL R. SISTRUNK (12111)
KYLE P. KIRSCH (26363)
HILLARD F. KELLY, III (25741)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH
400 Lafayette Street, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 831-0946
Facsimile: (504) 529-9796
ATTORNEYS FOR DEFENDANT
AXIS SPECIALTY INSURANCE COMPANY

_____
JAMES M. DILL (18868)
THE DILL FIRM, A.P.L.C.
825 Lafayette Street
P.O. Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408
ATTORNEY FOR DEFENDANTS
GREAT WEST CASUALTY CO.,
A & R TRANSPORT, INC., AND
KENT SERRET

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed with the Clerk of Court. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system and by placing the same in the United States Mail, postage prepaid and properly addressed, this 4th day of March, 2011.

_____